**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE WILL COUNTY LOCAL      )
174 CARPENTERS PENSION TRUST FUND      )
and WILL COUNTY LOCAL 174 WELFARE      )    **FILED: JULY 17, 2008**
FUND,                                  )    **08CV4066**
                          ) No.  **JUDGE ANDERSEN**
              Plaintiffs,  )  **MAGISTRATE JUDGE COLE**
                          ) Judge  **AEE**
    v.                                 )
                          ) Magistrate Judge
TWINS DRYWALL, INC.,                   )
an Illinois Corporation,               )
                          )
            Defendants.  )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 CARPENTERS WELFARE FUND, by their attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD AND KADJAN, complain against Defendant, TWINS DRYWALL, INC., an Illinois corporation as follows:

1.      (a)      Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185(a) as amended.

      (b)      Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. Section 1132, 1145 ("ERISA"), as amended.

2.      Venue is founded pursuant to 29 U.S.C. Section 1132(e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3.      (a)      The Plaintiffs in this count are TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174

CARPENTERS WELFARE FUND ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b)     The Funds have been established pursuant to collective bargaining agreements previously entered into between the Chicago and Northeast Illinois District Council of Carpenters and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the collective bargaining agreement with the Union.

(c)     The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4.     (a)     Defendant, TWINS DRYWALL, INC.**("Twins"),** is an Illinois corporation and is doing business within this Court's jurisdiction.

(b)     **Twins** is an employer engaged in an industry affecting commerce.

5.     **Twins** has entered into a collective bargaining agreement with the Union pursuant to which they are required to make periodic contributions to the Funds on behalf of certain of its employees.

6.     By virtue of certain provisions contained in the collective bargaining agreements, **Twins** is bound by the Trust Agreement establishing the Funds.

7.     Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, **Twins** is required to make contributions to the Funds on behalf of its employees and, when given reasonable notice by Plaintiffs or their representatives, to submit all necessary books and records to Plaintiffs' accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Funds.

8.      Plaintiffs are advised and believe that for **January 1, 2004 through October 31, 2007, Twins** has failed to make some of the contributions from time to time required to be paid by it to the Funds pursuant to the terms of the collective bargaining agreements and Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

9.      Due to its failure to pay the contributions, **Twins** is further obligated to pay delinquent contributions in the amount of $23,261.93, liquidated damages based on such delinquencies in the amount of $2,326.19 and $3,639.85 in audit costs.  These amounts total $29,277.97.

                **WHEREFORE**, Plaintiffs pray for relief as follows:

A.      Plaintiffs be awarded $29,277.97, as provided in the applicable agreements and ERISA Section 502(g)(2).

B.      Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action;

C.      **Twins** be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the Funds and be ordered to resume making those payments.

D.      This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
**TRUSTEES OF THE WILL COUNTY LOCAL
174 CARPENTERS PENSION FUND, et al.**


By:___s/Philip Brzozowski_____
           One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

**EXHIBIT 1**

**EXHIBIT 2**