*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                        Assigned/Issued By: `AEE`

Judge Name:                         Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

                  ☐ IFP        ☐ No Fee    ☐ Other _____

                  ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                         ☐ Alias Summons

☐ Third Party Summons           ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
                                                  _____
☐ Wage-Deduction Garnishment Summons   _____
                                                  *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

                                                  ☐ Other
☐ Writ _____      _____
         *(Type of Writ)*                         _____
                                                  *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                                *(Date)*

_____

_____